IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00036-CV

 

The Estate of Lewis Taplin, Jr., Deceased 

and Margaret Taplin,

                                                                                                Appellants

 v.

 

Peach Creek Partners, LTD,

                                                                                                Appellee

 

 

 



From the County Court
at Law No. 1

Brazos County, Texas

Trial Court No. 06-000873-CV-CCL1

 



MEMORANDUM  Opinion



 








The Clerk of this Court notified the
appellants that the filing fee was past due in this cause and that the appeal
may be dismissed if they failed to pay the fee.  See Tex. R. App. P. 5, 42.3(c).  The Clerk also
advised appellants that payment of the filing fee is required “[u]nless
Appellant obtains indigent status for purposes of appeal.”  The Court has
received no response.  Accordingly, the appeal is dismissed.  Id.

 

FELIPE REYNA

                                                                                                Justice


Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed June 24, 2009

[CV06]